NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1023

AMERICAN SIGNATURE, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 09-CV-0400, Judge Leo M. Gordon.

ON MOTION

O R D E R

Upon review of the order expediting briefing in this case,

IT IS ORDERED THAT:

Oral argument is rescheduled for November 19, 2009.

FOR THE COURT

NOV 0 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jeffrey S. Grimson, Esq.
Stephen Carl Tosini, Esq.
Joseph W. Dorn, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK